IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01640-MJW

SUZANNE HARPER,

Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant's Unopposed Motion for Leave for Defendant's Counsel to Appear at the Scheduling Conference by Telephone (Docket No. 13) is denied as moot.  See Minute Order issued this afternoon - Docket No. 12 - permitting all counsel to appear by telephone.  Counsel must remember to not rely solely on the limited information contained in a Notice of Electronic filing and open the document to read the entirety of the court's orders.

Date: September 4, 2015