IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01640-RM-MJW

SUZANNE HARPER,

Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 20) is GRANTED finding good cause shown. The written Protective Order (docket no. 20-1) is APPROVED and made an Order of Court.

Date: September 10, 2015